United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| KENIA ZELAYA HERNANDEZ,　§ <br> 　"Petitioner,"　§ <br> 　　　　　　　　　　　§ <br> v.　　　　　　　　　　§ <br> 　　　　　　　　　　　§　Civil Action No. 1:26-cv-00041 <br> KRISTI NOEM, *et al.,*　§ <br> 　　　　　　　　　　　§ <br> 　"Respondents."　　　§ | |

### ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Emergency Motion for Temporary Restraining Order" (Dkt. No. 2) ("TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and TRO no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of the Petition and TRO as a docket entry no later than **February 6, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; her status quo is to remain "as is" pending resolution of this case.

Signed on January 27, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rolando Olvera
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge