United States District Court
Southern District of Texas

**ENTERED**

June 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| KENIA ZELAYA HERNANDEZ,<br>    "Petitioner," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00041 |
| MARKWAYNE MULLIN, *et al.*,<br>    "Respondents." | §<br>§<br>§<br>§ | |

## ORDER

The Court previously granted Petitioner's habeas petition in part and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. Dkt. No. 29 at 3. Because that report has been filed, Dkt. No. 30, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this June 16, 2026

_____
Rolando Olvera
United States District Judge